AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barbadoro, Paul J. | District of New Hampshire | 05/10/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Warren Rudman U.S. Courthouse
55 Pleasant Street, Room 409
Concord, NH 03301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/24/2012 | Tuck School of Business at Dartmouth College, teaching contract for Spring 2012 term. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J. | 05/10/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 04/01/12 | Trustees of Dartmouth College | $26,900.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | New England College |
| 2. | 2012 | New Hampshire Supreme Court Society |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J. | 05/10/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking-Merrimack County Savings Bank | A | Interest | J | T | | | | | |
| 2. Savings-Merrimack County Savings Bank | A | Interest | J | T | | | | | |
| 3. *T. Rowe Price Capital Appreciation Fund | B | Dividend | L | T | Sold (part) | 06/20/12 | J | A | |
| 4. *T. Rowe Price European Fund | A | Dividend | | | Sold | 06/20/12 | K | A | |
| 5. *IRA Fidelity Contra Fund | A | Dividend | M | T | | | | | |
| 6. *IRA Fidelity Diversified International | A | Dividend | | | Sold | 05/30/12 | K | D | |
| 7. *TIAA CREF Stock Fund | A | Dividend | K | T | Buy | 01/15/12 | J | | |
| 8. | | | | | Sold (part) | 6/11/12 | J | A | |
| 9. *TIAA CREF Global Fund | A | Dividend | J | T | Buy | 01/15/12 | J | | |
| 10. | | | | | Sold (part) | 6/11/12 | J | A | |
| 11. *TIAA CREF Growth Fund | A | Dividend | K | T | Buy | 01/15/12 | J | | |
| 12. | | | | | Sold (part) | 6/11/12 | J | A | |
| 13. *TIAA CREF Equity Index Fund | A | Dividend | K | T | Buy | 01/15/12 | J | | |
| 14. TIAA CREF Bond Market Fund | A | Dividend | K | T | Buy | 6/11/12 | K | | |
| 15. TIAA CREF Inflation Limited Bond Fund | A | Dividend | K | T | Buy | 6/11/12 | J | | |
| 16. *IRA Fidelity Low Price Stock | A | Dividend | L | T | | | | | |
| 17. *IRA Fidelity Cash Reserves (Account A) | A | Interest | M | T | Buy | 05/30/12 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. *IRA Fidelity Cash Reserves (Account B) | A | Interest | J | T | | | | | |
| 19. *Fidelity College Investment Plan (Fund C) | A | Dividend | J | T | Buy | 01/5/12 | J | | |
| 20. | | | | | Sold (part) | 01/11/12 | K | A | |
| 21. | | | | | Sold (part) | 11/27/12 | J | A | |
| 22. *Fidelity College Investment Plan (Fund D) | A | Dividend | K | T | Buy | 01/20/12 | J | | |
| 23. | | | | | Sold (part) | 12/10/12 | J | A | |
| 24. *T. Rowe Price Prime Reserve | A | Interest | J | T | | | | | |
| 25. *IRA Spartan Extended Market Index Investor Class | A | Dividend | L | T | | | | | |
| 26. *IRA, SGGA Int'l Stock Selection | A | Dividend | | | Sold | 05/30/12 | K | A | |
| 27. *IRA American Beacon Large Cap Value Plan | A | Dividend | | | Sold | 05/30/12 | L | A | |
| 28. *IRA, Fidelity Value Fund | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J. | 05/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SECTION VII. INVESTMENTS AND TRUSTS

1. T. Rowe Price. I reinvested all dividends

2. IRA-Fidelity. I reinvested all dividends and interest.

3. TIAA CREF Stock Fund. ▓▓▓▓ contributed an amount less than $1,000 per month beginning in January and ▓ employer matched ▓ contribution each month.

4. TIAA CREF Global Fund. ▓▓▓ contributed an amount less than $1,000 per month beginning in January and ▓ employer matched ▓ contribution each month.

5. TIAA CREF Growth Fund. ▓▓▓ contributed an amount less than $1,000 per month beginning in January and ▓ employer matched ▓ contribution each month.

6. TIAA CREF Equity Index Fund. ▓▓▓ contributed an amount less than $1000 0 per month beginning in January and ▓ employer matched ▓ contribution each month.

7. Fidelity Unique College Investment Plan (Fund C). I invested $1,500 each month on or about the 5th of each month.

9. Fidelity Unique College Investment Plan (Fund D). ▓▓▓ invested $1,500 each month on or about the 20th of each month.

10. IRA-Spartan Extended Market Index Investor Class. I reinvested all dividends.

11. IRA-SGGA International Stock Selection. I reinvested all dividends.

12. IRA-American Beacon Large Cap Value Plan. I reinvested all dividends.

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J. | 05/10/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul J. Barbadoro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544